In the Matter of the Application of ISABELLA VERDECANNA v. WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning.— Motion for leave to appeal to the Court of Appeals denied,

with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.